```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
        :
In re EMERALD INVESTMENTS, LLC.      :
        :
              Debtor.   :
-----------------------------------------------------------------X    1:15-cv-6083-GHW
        :
THE GAYLA LONGMAN FAMILY      :    ORDER
IRREVOCABLE TRUST,      :
        :
              Appellant,   :
        :
           v.   :
        :
IAN GAZES, as Chapter 11 Trustee for Ashley  :
River Properties II, LLC and Kriti Ripley, LLC,  :
        :
              Appellee.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On August 21, 2015, the Court entered a dismissal agreed to by the parties in related case number 1:15-cv-6077. In that order, the Court noted that by its terms, the dismissal applied to only that case number. The Court further explained that if the parties wished to dismiss 1:15-cv-6083, they should either submit a stipulation of voluntary dismissal for that case or otherwise clarify that the stipulation of dismissal applied to that case as well. The parties have done neither.

On August 19, 2015, the Court ordered that Appellee's motion to dismiss was due on September 4, 2015. To date, the Court has not received the motion. Appellee is ordered to file the motion to dismiss, or the parties may alternatively submit a stipulation of voluntary dismissal in this case, no later than September 14, 2015.

SO ORDERED.

Dated: September 9, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge